**IN THE UNITED STATES DISTRICT COURT**
**DISTRICT OF SOUTH CAROLINA**

| | |
|---|---|
| U.S. Bank National Association, | Case No. 2:26-1081-RMG |
| Plaintiff, | |
| v. | **ORDER** |
| Yolanda Annette Bright, et al., | |
| Defendants. | |

This matter is before the Court on the Report and Recommendation ("R&R") of the Magistrate Judge (Dkt. No. 5) recommending that this action be remanded to the Court of Common Pleas for Charleston County. The R&R notes that this action is one for foreclosure of mortgage. (*Id.* at 1). The R&R recommends remand because this Court lacks subject matter jurisdiction. (*Id.*) (noting Defendant Bright's notice of removal states only that "this action presents substantial federal questions" without further explanation); (Dkt. No. 1 at 1) (same).

Defendant Bright did not file objections to the R&R but filed an amended declaration in support of removal. (Dkt. No. 8). This document presents no argument supporting federal question jurisdiction, instead disputing the effectiveness of service of the complaint. *See, e.g.*, (*id.* at 2) ("I submit this declaration in support of removal and to demonstrate defective service and timeliness of Defendant's Notice of Removal.").

The Court **ADOPTS** the R&R (Dkt. No. 5) as the order of the Court and **REMANDS** this action to the Court of Common Pleas for Charleston County. As the R&R notes, this case is an action for foreclosure of real estate mortgage and does not present a federal question on its face.

**AND IT IS SO ORDERED.**

1

s/ Richard Mark Gergel
Richard Mark Gergel
United States District Judge

April 6, 2026
Charleston, South Carolina